

FILED
2016 Feb-04 AM 08:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALICIA TORRES, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:15-cv-00403-HGD |
| PROFESSIONAL ACCOUNT SERVICE, INC., | ) |
| Defendant | ) |

## DISMISSAL ORDER

Pursuant to the Notice of Dismissal filed by plaintiff (Doc. 8), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 4th day of February, 2016.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE